**No. 10-8456. Andrew Grant DeYoung, Petitioner v. Derrick Schofield, Warden.**

563 U.S. 1003, 131 S. Ct. 2483, 179 L. Ed. 2d 1239, 2011 U.S. LEXIS 3587.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1293, 131 S. Ct. 1691, 179 L. Ed. 2d 628, 2011 U.S. LEXIS 2317.